1   John W. Shaw, SBN: 82802
2   **MORRIS POLICH & PURDY LLP**
    1055 West Seventh Street, 24th Floor
3   Los Angeles, California 90017
    Telephone:      (213) 891-9100
4   Facsimile:      (213) 488-1178
5
6   Attorneys for Defendants,
    **SMITH & NEPHEW, INC.**
7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10                         **SAN DIEGO DIVISION**

| | |
|---|---|
| 11  DAVID CHAO, M.D., OASIS MSO | Case No. **'13 CV 0114 H    BLM** |
| 12  Inc., and DAVID J. CHAO, MD, INC., Plaintiffs, | **Date Complaint Filed: January 4, 2013** |
| 13 | |
| 14       vs. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §** |
| 15  SMITH & NEPHEW, INC.; SMITH & NEPHEW, PLC, and DOES 1 thru 10, | **1441(B)[DIVERSITY OF CITIZENSHIP]; DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF** |
| 16 | |
| 17       Defendants. | |

18

19  **TO THE CLERK OF THE ABOVE ENTITLED COURT:**

20       **PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and

21  1446, defendant Smith & Nephew, Inc. ("Defendant") hereby removes this action

22  captioned *David Chao, M.D., Oasis MSO Inc., and David J. Chao, MD, INC. v.*

23  *Smith & Nephew, Inc., Smith & Nephew, PLC and DOES 1 thru 10*, Case No. 37-

24  2013-00028978 (the "Underlying Action") from the Superior Court of the State of

25  California, County of San Diego to the United States District Court for the

26  Southern District of California (San Diego Division) on the following grounds.

27  ///

28  ///

L0404459.DOC                                    1
**DEFENDANT SMITH & NEPHEW'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY); DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF**

1

## STATEMENT OF JURISDICTION

2   This Court has original jurisdiction under 28 U.S.C. § 1332 based on

3   diversity of citizenship, and removal is therefore proper under 28 U.S.C. § 1441.

4   Plaintiffs in this action are citizens of California, the Defendants are not citizens

5   of California, and the matter in controversy exceeds $75,000.00.

6

## BACKGROUND INFORMATION

7   1. On or about January 4, 2013 plaintiffs David Chao, M.D., Oasis MSO,

8   Inc. and David J. Chao, MD, INC. ("Plaintiffs") filed a complaint entitled *David*

9   *Chao, M.D., Oasis MSO Inc., and David J. Chao, MD, INC. v. Smith & Nephew,*

10  *Inc., Smith & Nephew, PLC and DOES 1 thru 10,* in the Superior Court of the

11  State of California for the County of San Diego, Case Number 37-2013-00028978

12  (the "Underlying Action"), naming as defendants "Smith & Nephew, Inc." ,

13  "Smith & Nephew, PLC" and "Does 1 thru 10." ("Defendants") *See* Exhibit "A"

14  to the Declaration of John W. Shaw ("Shaw Decl.") ¶ 9.

15  2. In their Complaint, Plaintiffs claim that Dr. Chao received training from

16  Defendants regarding the procedure identified as Birmingham hip resurfacing

17  ("BHR") surgery. *See* Exhibit "A" ¶ 4. Plaintiffs claim that Defendants provided

18  training to Dr. Chao where he was instructed on how to perform the BHR

19  procedure with special surgical scissors and that he "had successfully performed

20  two prior BHR procedures." *See* Exhibit "A" ¶¶ 4-5.

21  3. Plaintiffs claim that on May 30, 2007, Dr. Chao performed the BHR

22  surgery on a patient who suffered complications as a result of the BHR surgery.

23  *See* Exhibit "A" ¶ 5. As a result of these complications, the patient sued Plaintiffs

24  for medical malpractice. *Id.*

25  4. On or about March 18, 2011, the action between Plaintiffs and Dr.

26  Chao's patient, Kathleen Adams, resolved at binding arbitration for $2,200,000.

27  *See* Exhibit "D" to Shaw Decl. ¶ 12.

28

1   5. Plaintiffs allege a cause of action against Defendants for: (1) Indemnity,

2 seeking recovery of the $2,200,000 from the Defendants in this present action.

3 *See* Exhibit "A".

4   6. Plaintiffs claim that Defendants failed to "provide appropriate training

5 and warnings." *See* Exhibit "A" ¶ 6. As a result, Plaintiffs claim that Defendants

6 caused "in whole or at least substantial part, the loss and damage suffered by the

7 patient and her husband, and in turn the losses suffered by Plaintiffs in connection

8 with the claim against them arising from arising from the BHR procedure

9 performed on May 30, 2007". *See* Exhibit "A" ¶ 6.

10         **TIMELINESS OF REMOVAL**

11   7. On or about January 4, 2013, Plaintiffs filed their Summons and

12 Complaint in the Superior Court of the State of California for the County of San

13 Diego. Exhibits "A" and "B" to Shaw Decl. ¶¶ 9-10.

14   8. Defendant Smith & Nephew, Inc. received notice of Plaintiffs'

15 Summons and Complaint filed in the Underlying Action on or about January 9,

16 2013. Shaw Decl. ¶ 8.

17   9. Under 28 U.S.C. § 1446(b), this Notice is timely because it was filed

18 within thirty days of Notice on Defendant of Plaintiffs' filing their Complaint in

19 the Superior Court of San Diego.

20         **JOINDER OF DEFENDANTS**

21   10. Defendant Smith & Nephew, PLC has not been served with Plaintiffs'

22 Complaint. Shaw Decl. ¶ 14.

23   11. Because Defendant Smith & Nephew, PLC has not been served, their

24 joinder to this removal is not required. *See Destlino v. Reising*, 630 F.3d 952, 955

25 (9th Cir. 2011) (joinder of non-served diverse codefendants not required for

26 removal).

27 ///

28 ///

L0404459.DOC        3

**DEFENDANT SMITH & NEPHEW'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(DIVERSITY); DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF**

1

## AMOUNT IN CONTROVERSY

2  12. The amount in controversy in the Underlying Action exceeds

3  $2,200,000, exclusive of interest and costs.  Plaintiffs' indemnity claim against

4  Defendants seeks the $2,200,000 that resolved the underlying case between

5  Plaintiffs and Kathleen Adams for injuries she suffered as a result of the BHR

6  surgery Dr. Chao performed on May 30, 2007.   *See* Exhibit "D" to Shaw Decl. ¶

7  12; *see also* Exhibit "A"; *Corlew v. Denny's Restaurant*, 983 F.Supp. 878,879-80

8  (E.D. Mo. 1997)(holding that District Courts are not "free to disbelieve [a]

9  plaintiff's value of a case").

10  13. Further, Plaintiff alleges that due to Defendant's failure "to properly

11  develop reasonably safe procedures and related surgical equipment, and to provide

12  appropriate training and warnings, the Plaintiffs would have suffered no claim

13  against them and would have suffered no loss."  Exhibit "A", ¶ 6.

14

## DIVERSITY OF CITIZENSHIP

15  14. Plaintiff Dr. David Chao, M.D. is a citizen and resident of the State of

16  California.  Exhibit "A", ¶ 1.

17  15. Plaintiff Oasis MSO, Inc. is a company organized and existing under

18  the laws of the State of California and doing business in San Diego, California.

19  Exhibit "A", ¶ 1.  Thus, for diversity purposes, Plaintiff Oasis MSO, Inc. is a

20  citizen of California.  28 U.S.C. § 1332 (c)(1).

21  16. Plaintiff David J. Chao, MD, Inc. is a company organized and existing

22  under the laws of the State of California with its principal place of business in San

23  Diego County, California.  Exhibit "A", ¶ 1.  Thus, for diversity purposes,

24  Plaintiff David J. Chao, MD, Inc. is a citizen of California.  28 U.S.C. § 1332

25  (c)(1).

26  17. Defendant Smith & Nephew, PLC is a company organized and existing

27  under the laws of the England with its principal place of business in the London,

28

England.  Shaw Decl. ¶ 7.  Thus, for diversity purposes, Defendant is a citizen of England.  28 U.S.C. § 1332 (c)(1).

18. Defendant Smith & Nephew, Inc. is a company organized and existing under the laws of the State of Delaware with its principal place of business in the City of Memphis, State of Tennessee.  Shaw Decl. ¶ 6.  Thus, for diversity purposes, Defendant is a citizen of Delaware and Tennessee.  28 U.S.C. § 1332 (c)(1).

19. Pursuant to 28 U.S.C. § 1441(a), the citizenship of defendants sued under fictitious names are disregarded.  Thus, the citizenship of Does 1 through 10 is disregarded for purposes of determining diversity jurisdiction.

20. Since there is complete diversity of citizenship, the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as required by 28 U.S.C. § 1441.

## PROPRIETY OF REMOVING TO THE SOUTHERN DISTRICT

21. Plaintiffs filed the Underlying Action in the Superior Court of California, County of San Diego, and it is thus properly removed to the jurisdiction of the United States District Court for the Southern District of California.

## STATE COURT DOCUMENTS

22. The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified in the authenticated paragraphs 9 through 11 of the accompanying Shaw Declaration.

23. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiff by service hereof, and a copy of this Notice of Removal is being promptly filed with the Superior Court of California, County of San Diego, as required by 28 U.S.C. § 1446(d).

///

///

DEFENDANT SMITH & NEPHEW'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(DIVERSITY); DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF

1        WHEREFORE, Defendant Smith & Nephew, Inc. hereby removes the

2  Underlying Action to this honorable Court.

3

4  Dated:  January 15, 2013          Respectfully submitted,

5                        **MORRIS POLICH & PURDY LLP**

6

7                        By: _____/s/ John Shaw_____

8                            John W. Shaw

9                         Attorneys for Defendant

                            SMITH & NEPHEW, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L0404459.DOC                   6

DEFENDANT SMITH & NEPHEW'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
(DIVERSITY); DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF

## DECLARATION OF JOHN W. SHAW

I, John W. Shaw, declare:

1.     I am an attorney at law duly admitted to practice law in the State of California.  I am a partner with the law firm of Morris Polich & Purdy, LLP, attorneys of record for Defendant Smith & Nephew, Inc.  I have personal firsthand knowledge of the facts stated in this declaration.  If called to testify, I could and would competently testify to each and every one.  I make this declaration in support of Smith & Nephew, Inc.'s Notice of Removal of Action pursuant to 28 U.S.C. section 1441 (diversity of citizenship).

2.     The amount in controversy in the Underlying Action exceeds the sum of $2,200,000, exclusive of interest and costs.  Plaintiffs claim against Defendant is for indemnity for damages, prejudgment interest, and costs related to the resolution of the medical malpractice suit in favor of Dr. Chao's patient, Kathleen Adams, arising from the May 30, 2007 Birmingham Hip Resurfacing ("BHR") surgery at a binding arbitration for $2,200,000.  Plaintiff Dr. Chao claims that he received training from Defendant Smith & Nephew, Inc. ("Defendant") regarding the BHR procedure.  *See* Exhibit "A" ¶ 4.  As a result, Plaintiffs claim that Defendant caused "in whole or at least substantial part, the loss and damage suffered by the patient and her husband, and in turn the losses suffered by Plaintiffs in connection with the claim against them arising from arising from the BHR procedure performed on May 30, 2007".  *See* Exhibit "A" ¶ 6.

3.     Plaintiff Dr. David Chao, M.D. is a citizen and resident of the State of California.  *See* Exhibit "A", ¶ 1.

4.     Plaintiff Oasis MSO, Inc. is a company organized and existing under the laws of the State of California and doing business in San Diego, California.  *See* Exhibit "A", ¶ 1.

L0404459.DOC

7

5.    Plaintiff David J. Chao, MD, Inc. is a company organized and existing under the laws of the State of California with its principal place of business in San Diego County, California.  *See* Exhibit "A", ¶ 1.

6.    Our office represents Smith & Nephew, Inc. in several lawsuits and I can attest based upon my familiarity with the company and on information and belief that it is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the City of Memphis, State of Tennessee.

7.    Defendant Smith & Nephew, PLC is a company organized and existing under the laws of the England with its principal place of business in the London, England.

8.    On or about January 9, 2013, Defendant Smith & Nephew, Inc. became aware of Plaintiffs' Summons and Complaint filed in the Superior Court of the State of California for the County of San Diego, Case Number 37-2013-00028978.

9.    Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Complaint for personal injuries.

10.    Attached hereto as Exhibit "B" is a true and correct copy of the Summons served on Smith & Nephew, Inc.

11.    Attached hereto as Exhibit "C" is a true and correct copy of the Case Detail Information regarding the medical malpractice case arising from the BHR surgery performed by Dr. Chao on May 30, 2007 from the Superior Court of California, County of San Diego.

12.    Attached hereto as Exhibit "D" is a true and correct copy of the *Regulatory Orthopedics Safety News* article regarding the resolution at binding arbitration for $2, 200,000 of the action between Plaintiffs and Dr. Chao's patient, Kathleen Adams, that is the basis of Plaintiffs' Complaint.

13.   Smith & Nephew, Inc. has not been served with Plaintiffs' Summons and Complaint.

14.   Defendant Smith & Nephew, PLC has not been served with Plaintiffs' Summons and Complaint.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing statements are true and correct.


Executed this 15th day of January 2013, at Los Angeles, California.

                              _____/s/ John Shaw_____
                              John W. Shaw, Declarant

**DEFENDANT SMITH & NEPHEW'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY); DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF**

# EXHIBIT "A"

1    **EDLESON & REZZO**

2    L.B. Chip Edleson (Bar No. 097195)
     Joann F. Rezzo (Bar No. 185675)
3    Emerald Plaza
     402 West Broadway, Suite 2700
4    San Diego, CA 92101

5    Tel: 619-230-8402
     Fax: 619-230-1839
6

7    Attorneys for Plaintiffs

FILED
CIVIL BUSINESS OFFICE 11
CENTRAL DIVISION

2013 JAN -4 P 1: 32

SUPERIOR COURT
SAN DIEGO COUNTY, CA

8                    SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF SAN DIEGO

10   DAVID CHAO, M.D., OASIS MSO Inc.,        CASE NO. 37-2013-00028978-CU-NP-CTL
     and DAVID J. CHAO MD, INC.
11                                            **COMPLAINT FOR INDEMNITY**
                     Plaintiffs,
12
                v.
13
     SMITH & NEPHEW, INC., SMITH &
14   NEPHEW PLC, and DOES 1 thru 10,

15                   Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

---

                              Complaint

1    The plaintiffs allege:

2    ## THE PARTIES AND VENUE

3    1. Plaintiff David Chao, M.D., is a physician licensed by the State of California to
4    practice medicine, with offices in San Diego, and he is a resident of San Diego County,
5    California. Plaintiff OASIS MSO Inc. ("OASIS") is a medical services organization duly formed
6    and operating under the laws of the State of California. Plaintiff DAVID J. CHAO MD, INC. is a
7    corporation operating under the laws of the State of California and located in San Diego County,
8    California. OASIS is licensed to do business, and is doing business, in San Diego, California.
9    Plaintiffs are informed and believe, and on that basis allege, that Smith & Nephew, Inc. is
10   headquartered in Andover, Massachusetts, and is owned by Smith & Nephew plc, headquartered
11   in London, United Kingdom. Both (collectively referred to as "Smith & Nephew") are medical
12   technology businesses that together have almost 11,000 employees, a presence in more than 90
13   countries, and annual sales of over $4 billion. The Defendants provided products and training to
14   the Plaintiffs in San Diego County, all their wrongful acts occurred here, and resulting injuries
15   and losses took place here.

16   2. Plaintiffs are ignorant of the true names and capacities of DOES 1-10, and plaintiffs
17   therefore sue these defendants by such fictitious names. Plaintiffs will amend this complaint to
18   allege their true names and capacities when ascertained. Plaintiffs are informed and believe, and
19   on that basis allege, that each of the named and fictitiously named defendants was an employee,
20   agent and representative of the remaining named and fictitiously named defendants, and in doing
21   the things alleged was acting within the course and scope of such employment, agency and
22   representation and with the full and complete knowledge and consent of the remaining
23   defendants.

24   /////
25   /////
26   /////
27   /////
28   /////

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIRST CAUSE OF ACTION

### Indemnity

### (Against All Defendants)

3. Plaintiffs incorporate here by reference paragraphs 1 and 2 as though fully set forth.

4. Dr. Chao is a leading orthopedist with extensive training and experience in joint surgery. Based on his national reputation as a preeminent orthopedic surgeon, Smith & Nephew selected him to be the first physician in San Diego to learn and perform its newly developed "state of the art" hip replacement surgery known as a Birmingham hip resurfacing or BHR. The BHR procedure involves several unique techniques that are very different intraoperative procedures than the traditional hip replacement surgery. Smith & Nephew instructed Dr. Chao to perform the BHR procedure with a large, long pair of special surgical scissors, and provided a set of surgical equipment that included the scissors. Also, Smith & Nephew trained physicians, including Dr. Chao, to push the tynes of the scissors into tissue in a manner such that the surgeon did not have a view of the tips of the scissor tynes (i.e., "blind" cuts).

5. On May 30, 2007, at the same surgery center where Dr. Chao had received his training from Smith & Nephew and where he had successfully performed two prior BHR procedures, Dr. Chao performed the BHR procedure on a patient who suffered significant complications and injuries caused by the BHR procedure despite Dr. Chao precisely following the training provided by Smith & Nephew. The patient and her husband then sued for medical malpractice and pursued their claims by way of arbitration. On or about March 18, 2011, the Plaintiffs settled the claims.

6. Smith & Nephew caused, in whole or at least substantial part, the loss and damage suffered by the patient and her husband, and in turn the losses suffered by Plaintiffs in connection with the claim made against them arising from the BHR procedure performed on May 30, 2007. But for the Defendants' failure to properly develop reasonably safe procedures and related surgical equipment, and to provide appropriate training and warnings, the Plaintiffs would have suffered no claim against them and would have sustained no loss.

/////

7. As a result of the Defendants wrongful conduct they should indemnify the Plaintiffs for all, or substantially all, of the damages they suffered by reason of settlement of the claims against them.

ACCORDINGLY, the Plaintiffs request judgment for:

1. General damages according to proof;

2. Special damages according to proof;

3. Prejudgment interest;

4. Costs; and

5. Other relief as the Court deems proper.

Dated:  January 4, 2013

**EDLESON & REZZO**

By
L. B. CHIP EDLESON
JOANN F. REZZO
Attorneys for Plaintiffs

3

Complaint

# EXHIBIT "B"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SMITH & NEPHEW, INC., SMITH & NEPHEW PLC, and DOES 1
thru 10,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DAVID CHAO, M.D., OASIS MSO Inc., and DAVID J. CHAO MD,
INC.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Central Division<br>Superior Court of California, County of San Diego<br>330 W. Broadway, San Diego, CA 92101 | CASE NUMBER:<br>*(Número del Caso):*<br>**37-2013-00028978-CU-NP-CTL** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Edleson & Rezzo, 402 W. Broadway, Suite 2700, San Diego, CA 92101, (619) 230-8402

| DATE: **JAN 0 8 2013**<br>*(Fecha)* | Clerk, by<br>*(Secretario)* _____ SANDRA VILLANUEVA | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1<br>Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov

# EXHIBIT "C"

 Superior Court of California, County of San Diego

## View Case Detail

Case Title:   **KATHLEEN A. ADAMS VS. DAVID J. CHAO, M.D.**
Case Number: **37-2008-00096552-CU-MM-CTL** Case Location: **San Diego**
Case Type:   **Civil**                          Date Filed:   **11/21/2008**
Category:    **CU-MM**                        **Medical Malpractice**

| Plaintiff/Petitioner | | |
|---|---|---|
| Last Name or Business Name | First Name | Primary (P) |
| ADAMS | KATHLEEN A | P |
| ADAMS | DAVID | |

| Defendant/Respondent | | |
|---|---|---|
| Last Name or Business Name | First Name | Primary (P) |
| CHAO MD | DAVID J | P |
| ARTHOSCOPIC & LASER SURGERY CENTER OF SAN DIEGO LP | | |
| OASIS MSO INC | | |
| OASIS SURGERY CENTER | | |

| Imaged Case |
|---|
| This case has not been imaged. |

| Microfilm | | | |
|---|---|---|---|
| Microfilm ID | Location | Reel Number | Frame Number |
| This case has not been microfilmed. | | | |

# EXHIBIT "D"

# NFL Team Doc Ordered to Pay $2.2M for Botched Hip Surgery

Arbitration panel finds surgeon negligent in surgery that left woman with permanent damage to leg.

Published: January 13, 2011

Categories:
Legal/RegulatoryOrthopedicsSafetyNews

David Chao, MD, a team doctor for the San Diego Chargers, has been ordered to pay $2.2 million to a patient who suffered permanent injuries while undergoing hip surgery at a surgery center in 2007.

Kathleen Adams, the patient who sued Dr. Chao in late 2008, accused the surgeon of lacerating her femoral artery and the surrounding tissue in her right leg during the procedure at Oasis Surgery Center in San Diego, according to local reports. When the injury became clear during the surgery, Dr. Chao transferred Ms. Adams to Scripps Mercy Hospital, where doctors were able to save her leg but were unable to spare her permanent damage, including chronic pain and a limp.

As the case went before a 3-person arbitration panel, Dr. Chao first claimed surgical scissors caused the damage, then said it may have been caused by retractors used during the case. The panel found him negligent and ordered him to pay Ms. Adams $2.2 million.

This is not the first time the Chargers team doctor has found himself in legal trouble, reports the *San Diego Union-Tribune*. The paper notes that Dr. Chao has been sued by patients for malpractice, personal injury, negligence or fraud 20 times since 1998 and that the state medical board filed a complaint against him in 2009 related to 2 prior drinking and driving incidents.

Last year, federal drug enforcement authorities accused Dr. Chao of writing more than 100 prescriptions to himself. He denied those allegations, saying the prescriptions were a clerical error; officials say the investigation is still ongoing.

*Irene Tsikitas*

**PROOF OF SERVICE**
*David Chao, et al. vs. Smith & Nephew, Inc., et al.*

I, the undersigned, an employee of Morris Polich & Purdy LLP, located at 1055 West Seventh Street, 24th Floor, Los Angeles, California, 90017 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On January 15, 2013, I served the foregoing document, described as *NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (B) [DIVERSITY OF CITIZENSHIP]; DECLARATION OF JOHN W. SHAW IN SUPPORT THEREOF* in this action by placing

☐ the original of the document
☒ true copies of the document

in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

| | |
|---|---|
| L.B. Chip Edleson, Esq. <br> Joann F. Rezzo, Esq. <br> **EDLESON & REZZO** <br> 402 West Broadway, Suite 2700 <br> San Diego, CA 92101 <br><br> *Attorneys for Plaintiffs* <br> **DAVID CHAO, M.D.; OASIS MSO INC.; and DAVID J. CHAO MD, INC.** | Tel: (619) 230-8402 <br> Fax: (619) 230-1839 |

☒ **BY U.S. MAIL**   I deposited such envelope in the mail at Los Angeles, California.  The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Morris Polich & Purdy's practice of collection and processing correspondence for mailing.   Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☒ **BY FACSIMILE**   I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

///

1  ☒ **FEDERAL** - I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3       Executed on January 15, 2013, at Los Angeles, California.

4

5                                              Ada Garcia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28