L.B. Chip Edleson, Esq.
Joann F. Rezzo, Esq.
**EDLESON & REZZO**
402 West Broadway, Suite 2700
San Diego, CA 92101
ce@edrezlaw.com
jr@edrezlaw.com
Tel: (619) 230-8402
Fax: (619) 230-1839
Attorneys for Plaintiffs
**DAVID CHAO, M.D.; OASIS MSO INC.; and DAVID J. CHAO MD, INC.**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| DAVID CHAO, M.D., OASIS MSO INC., and DAVID J. CHAO, MD., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SMITH & NEPHEW, INC.; SMITH & NEPHEW, PLC, and DOES 1 thru 10, <br><br> Defendants. | Case No.: 3:13-cv-00114-H-BLM <br> [Action Filed: January 4, 2013] <br><br> **STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action through their designated counsel hereby agree and stipulate to the dismissal with prejudice of all claims against all defendants, as filed in this action, with each side to bear its own costs, expenses and attorneys' fees. Specifically, the parties hereby stipulate to dismissal of the Complaint filed by plaintiffs David Chao, M.D., Oasis MSO Inc., and David J. Chao, MD., Inc.

against defendants Smith & Nephew, Inc. and Smith & Nephew, PLC, and Does 1 to 10 filed on January 4, 2013, with prejudice.

The electronic or facsimile signature of the parties and their counsel on this Stipulation shall be acceptable as if they were the originals, and this Stipulation may be signed in counterparts.

**IT IS SO STIPULATED.**

Dated: November 4, 2013

**EDLESON & REZZO**

By: *[signature]*
L.B. Chip Edleson
Attorneys for Plaintiffs
**DAVID CHAO, M.D.; OASIS MSO INC.; and DAVID J. CHAO MD, INC.**

Dated: November 4, 2013

**MORRIS POLICH & PURDY LLP**

By: *[signature]*
John W. Shaw
Litsa Georgantopoulos
Attorneys for Defendant,
**SMITH & NEPHEW, INC.**