# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAO, M.D., OASIS MSO Inc., and DAVID J. CHAO MD, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC., SMITH & NEPHEW PLC, and DOES 1 thru 10,<br><br>Defendants. | CASE NO. 13-CV-0114-H-BLM<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>[Doc. No. 42] |

On January 15, 2013, Defendant Smith & Nephew, Inc. removed the underlying action from the San Diego County Superior Court. (Doc. No. 1.) Plaintiffs David Chao, Oasis MSO Inc., and David J. Chao MD, Inc. ("Plaintiffs") had filed suit against Defendants for indemnity related to a medical malpractice arbitration award. (Id.)

///

///

///

On November 4, 2013, Plaintiffs filed a joint motion to dismiss the complaint with prejudice. The Court, for good cause shown, grants the joint motion and dismisses all claims. Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

The Court directs the clerk to close this case.

IT IS SO ORDERED.

Dated: November 5, 2013

Marilyn L. Huff, District Judge
UNITED STATES DISTRICT COURT

-1-

13-CV-0114-H-BLM